UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.D. SPEKTOR D.D.S. PLLC, and SPEKTOR D.D.S., P.S., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LIMITED,<br><br>Defendant. | No.<br><br>NOTICE OF RELATED CASES |

Plaintiffs M.D. Spektor D.D.S. PLLC and Spektor D.D.S., P.S., assert claims for business interruption coverage stemming from government closure orders issued in response to the COVID-19 pandemic.  Numerous similar actions are pending in this District, and on information and belief, each of these cases has been referred to the Hon. Judge Rothstein.

As set forth in LCR 3(g)(4)(B), the actions listed below are related to this action because all of the actions assert claims for business interruption coverage, each involves common or materially identical insuring forms, and it appears likely that there will be an unduly burdensome

NOTICE OF RELATED CASES - 1

**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges.

- *Jennifer B. Nguyen, et al. v. Travelers Casualty Insurance Company of America, et al.*, Case No. 2:20-cv-00597-BJR;

- *Mario D. Chorak, DMD, P.S., et al. v. Hartford Casualty Insurance Company, et al.*, Case No. 2:20-cv-00627-BJR;

- *Mark Germack DDS v. The Dentists Insurance Company*, Case No. 2:20-cv-00661-BJR;

- *Pacific Endodontics, P.S., et al. v. The Ohio Casualty Insurance Company, et al.*, Case No. 2:20-cv-00620-BJR;

- *Carlos O. Caballero DDS, MS, PS, d/b/a Master Orthodontics v. Massachusetts Bay Insurance Company*, Case No. 3:20-cv-05437-BJR;

- *La Cocina de Oaxaca LLC v. Tri-State Insurance Company of Minnesota*, Case No. 2:20-cv-01176-BJR;

- *Wade K. Marler, DDS, et al. v. Aspen American Insurance Company*, Case No. 2:20-cv-00616-BJR;

- *Kara McCulloch DMD MSD PLLC, et al. v. Valley Forge Insurance Company, et al.*, Case No. 2:20-cv-00809-BJR;

- *Worthy Hotels, Inc, et al v. Fireman's Fund Insurance Company*, Case No. 2:20-cv-01079-BJR;

- *Cadeceus LLC d/b/a Cafe Racer v. Scottsdale Insurance Company*, Case No. 2:21-cv-00050-BJR;

NOTICE OF RELATED CASES - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

- *Wellington Athletic Club, LLC d/b/a Soul Fitness v. Allied World Surplus Lines Insurance Company*, Case No. 2:21-cv-00256-BJR;

- *Glacial Cryotherapy LLC v. Evanston Insurance Company*, Case No. 2:21-cv-00266;

- *B and F Enterprises Northwest, LLC dba Bake's Place v. Amco Insurance Company*, Case No. 2:21-cv-00272-BJR; and

- *Walker & Kraus, D.D.S., P.L.L.C. v. Citizens Insurance Company of America*, Case No. 2:21-cv-00345-BJR.

- *Seven, LLC d/b/a Seven v. Ace Property and Casualty Insurance Company*, Case No. 2:21-cv-00432-BJR.

//

//

//

//

//

//

NOTICE OF RELATED CASES - 3

1     DATED this 22nd day of April, 2021.

                                       KELLER ROHRBACK L.L.P.

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Nathan L. Nanfelt*
By: *s/ Gabriel E. Verdugo*
    Amy Williams-Derry, WSBA #28711
    Lynn L. Sarko, WSBA #16569
    Ian S. Birk, WSBA #31431
    Gretchen Freeman Cappio, WSBA #29576
    Irene M. Hecht, WSBA #11063
    Nathan Nanfelt, WSBA #45273
    Gabriel E. Verdugo, WSBA #44154
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Tel.: (206) 623-1900
    Fax: (206) 623-3384
    Email: awilliams-derry@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: ibirk@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: nnanfelt@kellerrohrback.com
    Email: gverdugo@kellerrohrback.com

CRANE DUNHAM PLLC

By: *s/ Stephen J. Crane*
    Stephen J. Crane, WSBA #4932
    3600 15th Ave W, Suite 200
    Seattle, WA 98119-1330
    Tel.: (206) 292-9090
    Fax: (206) 292-9736
    Email: scrane@cranedunham.com

***Attorneys for Plaintiff and the Proposed Classes***

NOTICE OF RELATED CASES - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384